UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLAN KUSTOK (M49528), | ) | |
| | ) | |
| Petitioner, | ) | Case Number: 21 CV 6932 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID MITCHELL, Warden, | ) | Case Number of State Court Conviction: |
| Pinckneyville Correctional Center | ) | 10 CR 1917401 |
| | ) | |
| Respondent. | ) | |

## EXHIBIT LIST

Exhibit 1  Transcript excerpts from *People v. Kustok*, 10 CR 1917401

Exhibit 2  Transcript excerpts from *People v. Kustok*, 10 CR 1917401

Exhibit 3  Report of Rod Englert (April 10, 2012) (excerpt)

Exhibit 4  Report of Matthew Noedel (April 1, 2013) (excerpt)

Exhibit 5  State court order dismissing post-conviction petition in *People v. Kustok*, 10 CR 1917401 (August 23, 2019)