# EXHIBIT 3

# ENGLERT FORENSIC CONSULTANTS

TO:        ASA Jennifer Gonzalez
Deputy Chief, Sex Crimes Division
Cook County States Attorney Office
2650 S. California St.
Chicago, IL 60608
773-674-3112

FR:        Rod Englert/Cheryl Kanzler

DATE:    April10th, 2012

RE:        **RECONSTRUCTION REPORT &**
**ANALYSIS OF EVIDENCE**
**Re: The Death of Anita Kustok**

## SYNOPSIS

On September 29, 2010, at approximately 0654 hours, officers of the Orland Park Police Department and Palos Heights Police Department responded to Palos Community Hospital regarding a deceased subject with a gunshot wound to the face.

An investigation into the death was immediately initiated by the responding officers. The deceased, 58-year old Anita Kustok, had been transported to the hospital by her husband, 59-year old Allan Kustok, in their personal vehicle. Hospital personnel reported Anita Kustok was deceased upon her arrival at the hospital. Anita Kustok was wrapped in a brown blanket with sheets around her head and most of her body, which was described as a "mummy wrap". Anita Kustok suffered a single gunshot wound to the left side of her face, below her left eye.

During a search of the Kustok's residence, investigators determined Anita Kustok had been shot while in her bed.

An autopsy was conducted on September 30, 2010, by Dr. Hilary McElligott, MD, of the Cook County Medical Examiner's Office. Dr. McElligott determined the cause of death for Anita Kustok to be a gunshot wound to the face and the manner of death to be

P.O. Box 605    West Linn, OR 97068    (503) 656-0953    Fax (503) 656-5138
*englert@europa.com*

Preliminary Case Review
*State of IL v. Allan Kustok*
January 9, 2012
Page 82

Commander Keating sat on the bed near the headboard, adjacent to the left side of reconstruction model Doni Miller's head and upper torso. This position was consistent with the saturation stains observed on the right side of Allan Kustok's T-shirt and blue mesh shorts.

Commander Keating laid down on the bed on the right side of reconstruction model Doni Miller as described by Allan Kustok in his statement to investigators. It became apparent that the barrier of pillows and position of Anita Kustok as described by Allan Kustok in his statement to investigators would prohibit the spatter stains on Allan Kustok's clothing. Additionally, the stains, defect and patterns evident on the pillows, pillowcases and bedding, as well as the trajectory of the wound, supports Anita Kustok as being on her back with her head turned slightly to the left at the time the shot was fired. This position would preclude the spatter stains present on Allan Kustok's T-shirt if he was in bed on the right side of Anita Kustok at the time the shot was fired.

We concluded the reconstruction scenarios at 1300 hours.

## SECOND EXMAINATION OF ONE ITEM OF EVIDENCE

DATE: March 28th, 2012

TIME: 1320 hours

LOCATION: Chicago O'Hare International Airport, United Airlines Club Room

PRESENT: Investigator Joseph Czarnowski, Orland Park Police Department

        ASA Jim Poppa, Cook County States Attorney Office

        DNA Resource Specialist Kara Stefanson

        TSA Security Administrator Mel K. Pederson

        Analyst Englert, Englert Forensic Consultants

On March 28th, 2012, Analyst Englert met with the above listed individuals to re-examine OPPD Exhibit 7, a white pillowcase. This examination was based on a review of the photographs where it appeared there was soot on the pillowcase. Investigator Czarnowski acted as evidence custodian and opened and the closed the item of evidence. Analyst Englert wore protective gloves and a mask. A clean piece of butcher paper was used to examine the item on. Analyst Englert determined that what was thought to be soot in the photograph, was actually a blood clot on the pillowcase.

P.O. Box 605    West Linn, OR  97068    (503) 656-0953    Fax (503) 656-5138
*englert@europa.com*