# EXHIBIT
# 4



mnoedel@att.net (253) 227-5880
www.noedelscientific.com

Report

Orland Park Police #10-8304                    South Suburban Major Crimes Task Force #10-5103

State of Illinois-v- Allan Kustok                                                April 1, 2013

On November 12, 2012, I was retained by attorney Richard Beuke to evaluate, consult and reconstruct aspects of the shooting scene recorded as Orland Park Police #10-8304. Photographs, police reports, crime lab reports, autopsy report, and associated data were reviewed and this report reflects the observations and opinions generated from the analysis of those materials.

> ***This assessment was conducted with the materials and information provided. Should additional relevant information or evidence become available, or if the direct examination of additional physical evidence related to this event is conducted, a supplemental report may need to be generated to incorporate the new information or evidence.***

## Background

On September 29, 2010, Anita Kustok was brought to a hospital with a fatal gunshot wound to the head. A police examination of the residence where Anita Kustok lived with her husband Allan J. Kustok (10932 Royal Oaks Lane, Orland Park, IL) revealed items of interest in the bedroom that included a firearm, bloodstains and some fired bullet impact damage.

## Examination/Results

### *Firearm and Ammunition*

The Illinois State Police (ISP) Forensic laboratory notes generated from the firearm examination identify that the firearm involved was a "Smith & Wesson model 65-3, 357 Magnum revolver (serial number ABS9735).

- This firearm can discharge in either single action (hammer already cocked) with 3.5 to 4 pounds of trigger pressure; or in double action (hammer starting at rest) with 10 to 10.5 pounds of trigger pressure. Both of these trigger pull amounts are reasonable for this design of revolver and any adult with normal dexterity would likely be capable of discharging this firearm.

- When this firearm is cocked (into single action) it requires a combination of capturing the hammer while pulling the trigger to un-cock to double action. If the hammer is not securely captured during de-cocking, an unintentional discharge can occur.

The ISP laboratory notes identify that this revolver has a barrel length of 4 inches and a functional internal safety. It was further noted that the firearm may have had blood present and that the firearm was cleaned with bleach, hot water and alcohol prior to the ISP laboratory examination.

- Photographs from scene processing demonstrate that the revolver contained six fired cartridge cases ("Winchester 38 SPL" headstamp). A box containing similar Winchester 38 Special unfired



mnoedel@att.net   (253) 227-5880
www.noedelscientific.com

Report

Orland Park Police #10-8304                    South Suburban Major Crimes Task Force #10-5103

State of Illinois-v- Allan Kustok                                                        April 1, 2013

cartridges was located in the residence. The box of unfired ammunition contained 25 cartridges and 25 cartridges were missing.

*Gunshot Residue: Distance Determination/Stippling Considerations*

The autopsy report of Anita Kustok describes a stippling pattern surrounding the fired bullet entry site to her left cheek. Stippling is a phenomenon observed when accelerated gun powder particles that follow the bullet strike the adjacent skin and leaves a pattern of small punctate wounds. This pattern was documented to be approximately 3 inches in diameter on the left cheek of Anita Kustok.

- Test targets into "BenchKote" filter paper were generated by this examiner using a reference Smith & Wesson, .357 Magnum revolver (4 inch barrel) and reference Winchester brand 38 Special ammunition at various known distances.

- The muzzle to target range most consistent with the size and distribution of stippling observed on images of Anita Kustok was generated with tests in the 3 inch to 6 inch range.

In addition to residues that follow the bullet out of the barrel, revolvers can exhibit an additional deposit known as cylinder gap gasses. Cylinder gap gasses are residues (primarily made of smoke and soot) that escape out of the side of a revolver at the location where the barrel and cylinder are aligned during firing.

- Test targets made into fabric positioned adjacent to the "cylinder gap" were generated by this examiner using a reference Smith & Wesson, .357 Magnum revolver (4 inch barrel) and reference Winchester brand 38 Special ammunition at various known distances. Light brown residues were observed on targets placed within 2 inches and adjacent to the cylinder gap. No visually observable residues were deposited on targets aligned 3 inches or farther from the "cylinder gap".

- No cylinder gap gas deposits were reported on the examination of the bedding, pajamas or pillows associated with Anita Kustok or the Kustok bed.

- Dark smudges that may represent cylinder gap gasses can be obscured by blood or other non-gunshot residue products (dirt) on surfaces. Therefore, these deposits are typically searched for, located or confirmed with the use of Sodium Rhodizonate, a colorimetric test for lead.

- The absence of these deposits support that the revolver was farther than approximately 2 inches from any adjacent surfaces at the time of discharge, that the deposits were obscured by blood or other debris, **_or_** that that the deposits were too faint to recognize as cylinder gap gasses.

*Gunshot Residue: Primer Gunshot residue*

A second form of gunshot residue considered in this event was "Primer Gunshot Residue (PGSR)". This form of gunshot residue is generated when microscopic particles (invisible to the naked eye) of trace



mnoedel@att.net     (253) 227-5880
www.noedelscientific.com

Report

Orland Park Police #10-8304                    South Suburban Major Crimes Task Force #10-5103

State of Illinois-v- Allan Kustok                                                                   April 1, 2013

amounts of fused heavy metals are expelled or simply settle onto objects in a shooting environment. The results contained in the ISP gunshot residue report revealed that three gunshot residue particles were located on the sample from the back of Allan Kustok's left hand. (It should be noted that Allan Kustok indicated that he handled the alleged firearm while delivering shots into the adjacent dresser).

- It cannot be determined how Allan Kustok received 3 particles of primer gunshot residue on the back of his hand. These products are known to be transient and easily displaced or secondarily transferred. The presence of this residue does not in any way identify that Allan Kustok delivered the shot that impacted Anita Kustok.

- Because it is known that primer gunshot residue may not be deposited on the hands of a shooter, the absence of such residue on Anita Kustok *does not* preclude her from having self-inflicted the gunshot wound she received. A published study by Molina et al. (1) reported that only 50% of the known self-inflicted gunshot wounds (in that study) resulted in the deposit of primer gunshot residues on the shooter's hands.

*Trajectory Considerations*

A series of five bullet paths were documented into a tall dresser in the Kustok bedroom. The delivery of these five shots is independent of the delivery of the single shot that struck Anita Kustok and therefore do not assist in reconstructing the single shot that killed Anita Kustok.

The bullet path through the head of Anita Kustok was reported in the autopsy to be generally from her left cheek across to exit above and behind her right ear. This path does not identify who or how the shot was delivered because Anita Kustok was capable of rotating her head toward the left, right, up and down. The actual orientation of Anita Kustok cannot be derived from the bullet path documented.

## Conclusions

The revolver located in the Kustok bedroom has a normal amount of trigger pull for both single and double action and can be discharged by an adult with normal dexterity.

The bullet path described in the autopsy report likely originated at a distance of approximately 3 to 6 inches.

Cylinder gap gunshot residue depositions would not likely be visible if the gun were farther than approximately 2 inches from an adjacent surface at the time of discharge.

Cylinder gap gasses are best located and identified with the use of a colorimetric test known as the Sodium Rhodizonate test.

Cylinder gap gasses can be very faint and easily obscured by blood, dirt or other debris on a surface.



mnoedel@att.net    (253) 227-5880
www.noedelscientific.com

Report

Orland Park Police #10-8304                    South Suburban Major Crimes Task Force #10-5103

State of Illinois-v- Allan Kustok                                              April 1, 2013

The absence of primer gunshot residue on Anita Kustok's hands does not identify or eliminate if Anita Kustok's gunshot wound was self-inflicted.

The presence of three particles of primer gunshot residue on the back of Allan Kustok's left hand does not contribute to reconstruction efforts because he was known to have been in an environment where a firearm was discharged. These particles cannot identify who delivered the gunshot wound to Anita Kustok.

The five bullet paths delivered into the dresser in the Kustok bedroom are not directly related to the one bullet path that impacted Anita Kustok; therefore, these five bullet paths do not assist in reconstructing the single bullet path to Anita Kustok.

The bullet path through Anita Kustok's head does not identify the location of the shot origin because Anita Kustok likely had the ability to turn her head to the left, right, up or down.

_____                    4/1/2013
Matthew Noedel, Forensic Scientist                                      Date



mnoedel@att.net    (253) 227-5880
www.noedelscientific.com

## Report

Orland Park Police #10-8304                     South Suburban Major Crimes Task Force #10-5103

State of Illinois-v- Allan Kustok                                                    April 1, 2013

### References

(1) Molina, D. Kimberley MD; Martinez, Michael; Garcia, James; DiMaio, Vincent J.M. "Gunshot Residue Testing in Suicides: Part 1: Analysis by Scanning Electron Microscopy with Energy-Dispersive X-Ray" American Journal of Forensic Medicine and Pathology: September 2007-volume 28-Issue 3-pp187-190

### Compensation

All work conducted by this examiner will be billed at the agreed upon rate of $275 per hour.

### Materials Received

Id plus DNA data (not examined)
J10-8293 DNA data 10-3-11 (not examined)
J10-8293 DNA data 10-4-11 (not examined)
J10-8293 PM-procedure manual (not examined)
Quantifiler Duo (not examined)
FS III Job Description (not examined)
Evidence Chain of Custody Documentation
Miscellaneous scene, evidence and autopsy photographs from various sources
Krajnik CV (not examined)
ISP Forensic Laboratory Biology Report/Notes
ISP Forensic Laboratory Firearm Report/Notes
ISP Forensic Laboratory Primer GSR Report/Notes
ISP Forensic Laboratory Latent Fingerprints Report/Notes
Autopsy Report-Anita Kustok
Englert Forensic Consultant Report, Photos and Notes