**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Allan Kustok, (M49528), | ) | |
|         Petitioner, | ) | |
| | ) | Case No. 21 C 6932 |
|     v. | ) | |
| | ) | Hon. Robert W. Gettleman |
| David Mitchell, | ) | |
|         Respondent. | ) | |

**ORDER**

Respondent shall answer or otherwise respond to the habeas corpus petition [1, 2] by March 7, 2022. Petitioner shall reply by April 4, 2022.

**STATEMENT**

Petitioner Allan Kustok, an inmate at the Pickneyville Correctional Center, brings this counseled habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging his murder conviction from the Circuit Court of Cook County. Petitioner has paid the five-dollar filing fee. Pending before the Court is the initial review of the habeas corpus petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. (Dkt. 1, 2.)

Rule 4 requires this Court to examine the petition and supporting exhibits and dismiss a petition if it "plainly appears" that Petitioner is not entitled to relief. If the petition is not dismissed, then the Court orders Respondent to answer or otherwise respond to the petition. Petitioner alleges a cognizable claim for relief. The Court shall leave it to Respondent to investigate any affirmative defenses he desires. Respondent is ordered to answer or otherwise respond to the habeas corpus petition.

Date: 1/4/2022

                                                                                    Robert W. Gettleman
                                                                                    United States District Judge