IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALLAN KUSTOCK, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 21 C 6932 |
| | ) |
| DAVID MITCHELL, Warden, | ) The Honorable |
| | ) Matthew F. Kennelly, |
| Respondent. | ) Judge Presiding. |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Respondent hereby moves this Honorable Court for a 30-day extension of time to answer or otherwise plead to the above-captioned petition for writ of habeas corpus, from March 7, 2022, to and including April 6, 2022. An affidavit in support of this motion is attached hereto. Pursuant to General Order 20-0012, as amended, respondent files this motion without a separate notice of motion.

March 1, 2022

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

By: /s/ Joshua M. Schneider
JOSHUA M. SCHNEIDER, Bar # 6297555
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
TELEPHONE: (773) 590-7123
E-MAIL: joshua.schneider@ilag.gov

State of Illinois )
                  ) ss.
County of Cook )

## A F F I D A V I T

JOSHUA M. SCHNEIDER, being first duly sworn upon oath, deposes and states as follows:

1. I am the Assistant Illinois Attorney General assigned to represent the respondent in this matter.

2. Respondent's answer or other responsive pleading to the instant federal habeas corpus petition currently is due to be filed on or before March 7, 2022. Doc. 5.

3. Despite due diligence, respondent will be unable to file his answer or other responsive pleading on or before March 7, 2022.

4. On January 4, 2022, the Court ordered that respondent answer or otherwise respond by March 7, 2022. Doc. 5. I immediately requested the state court materials required by Rule 5 of the Rules Governing Section 2254 Cases and necessary to the drafting of an informed response to the instant petition, but have not yet received them. Although I have succeeded in obtaining these materials, the over five-thousand pages of records provided by the state courts were provided out of order. Additional time is necessary to organize and review the necessary state court materials and to draft a response to petitioner's habeas petition.

5. Since the Court ordered the response, in addition to diligently gathering the state court materials necessary to respond in this case, I prepared for and presented oral argument in the direct appeal criminal case of *People v. Murphy*,

No. 4-19-0873 (Ill. App. Ct.), and, as a supervising attorney in the Criminal Appeals Division, was responsible for helping prepare my colleagues for their own arguments in the Illinois Supreme Court's January term and reviewing colleagues' draft pleadings in advance of filing. In addition to this case, I am currently responsible for drafting an appellant's brief in a direct appeal in a criminal case, *People v. Pinkett*, No. 127223 (Ill.); an appellee's brief in a direct appeal in a criminal case, *People v. Galarza*, No. 127678 (Ill.); an appellee's brief in *Patterson v. Dennison*, No. 20-2700 (7th Cir.); and an answer in *Brown v. Wills*, No. 21 C 5256 (N.D. Ill.).

6. Transferring responsibility for this case to another attorney in the Criminal Appeals Division would be an inefficient use of resources, given the work that I have already put into reviewing the materials already obtained and researching the legal issues presented. Moreover, the Criminal Appeals Division of the Illinois Attorney General's Office is operating under capacity, with several open positions, resulting in a correspondingly increased workload for the remaining attorneys.

7. This is respondent's first request for an extension of time. On March 1, 2022, counsel for petitioner informed me that there is no objection to this requested extension.

8. This motion is not for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

9.  Respondent respectfully requests that this Honorable Court grant his motion for a 30-day extension of time to and including April 6, 2022, within which to file his answer or other responsive pleading to the instant petition for writ of habeas corpus.

Further Affiant Sayeth Not.

By: /s/ Joshua M. Schneider

## **CERTIFICATE OF SERVICE**

I certify that on March 1, 2022, I electronically filed the foregoing **Motion for Extension of Time** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will provide service to the following CM/ECF-user:

Karl A. Leonard
THE EXONERATION PROJECT
 at the University of Chicago Law School
311 N. Aberdeen Avenue, 3rd Floor
Chicago, Illinois 60607
karl@exonerationproject.org
*Counsel for Petitioner*

/s/ Joshua M. Schneider
JOSHUA M. SCHNEIDER, Bar # 6297555
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
TELEPHONE: (773) 590-7123
EMAIL: joshua.schnieder@ilag.gov