UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLAN KUSTOK (M49528) | ) | |
| | ) | |
| Petitioner, | ) | Case Number: 21 C 6932 |
| | ) | |
| v. | ) | |
| | ) | The Honorable |
| DAVID MITCHELL, Warden, | ) | Matthew F. Kennelly, |
| Pinckneyville Correctional Center | ) | Judge Presiding. |
| | ) | |
| Respondent. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE**
**MEMORANDUM OF LAW**

NOW COMES Petitioner Allan Kustok, by and through his counsel THE EXONERATION PROJECT at the University of Chicago Law School, and hereby moves this Honorable Court for leave to file, within 45 days, a memorandum of law in support of his Petition for Writ of Habeas Corpus. In support, Petitioner states as follows:

1. On December 30, 2021, Petitioner filed his Petition for Writ of Habeas Corpus before this Court. Petitioner alleged that his right to effective assistance of counsel was violated at his trial.

2. Consistent with this Court's directives regarding Habeas Corpus petitions, Petitioner set forth his claim "briefly without citing cases or law." (N.D. Ill. Habeas Corpus Form at 5). However, Petitioner noted that he "respectfully requests the opportunity to brief the legal issues involved in his claim in order to more fully address the ways in which he received constitutionally ineffective assistance of trial counsel." (Dkt. 2 at 7).

3. Respondent's response to the Petition is due on May 4, 2022. (Dkt. 13).

4. Petitioner seeks the opportunity to file a memorandum of law that will be of

assistance to the Court in resolving this matter.

5. Counsel for Petitioner and Respondent have conferred about whether such a memorandum of law would be more appropriately filed before or after Respondent submits their responsive filing. Both sides agree that it would be most efficient for Petitioner to seek leave to file a memorandum of law at this time.

6. Respondent's counsel confirmed that Respondent does not oppose this request.

7. No party will be prejudiced by the granting of this request.

WHEREFORE, for the reasons set forth above, Petitioner respectfully requests leave to file a memorandum of law supporting his petition within 45 days of this motion.

DATED: March 4, 2022                Respectfully submitted,

                                    ALLAN KUSTOK

                                    By:  /s/ Karl Leonard
                                         Attorney for Petitioner


Karl Leonard
THE EXONERATION PROJECT
  at the University of Chicago Law School
311 North Aberdeen Street, 3rd Floor
Chicago, IL 60607
(312) 789-4955
Karl@exonerationproject.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2022, I electronically filed the foregoing Motion with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, thereby effecting service on all counsel of record in this matter.

Pursuant to General Order 20-0012, as amended, this motion was filed without a separate notice of motion.

    /s/ Karl Leonard
Attorney for Petitioner

Karl Leonard
THE EXONERATION PROJECT
  at the University of Chicago Law School
311 North Aberdeen Street, 3rd Floor
Chicago, IL 60607
(312) 789-4955
Karl@exonerationproject.org