# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Allan Kustok
                Plaintiff,

v.
                                            Case No.: 1:21−cv−06932
                                            Honorable Matthew F. Kennelly

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, March 5, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Unopposed motion for leave to file memorandum [14] is granted. Petitioner's memorandum in support of petition for habeas corpus is to be filed by 4/20/2022. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.