IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLAN KUSTOK | ) | |
| | ) | |
| Petitioner, | ) | No. 21 CV 6932 |
| | ) | |
| v. | ) | |
| | ) | The Honorable |
| DAVID MITCHELL, Warden, | ) | Matthew F. Kennelly, |
| | ) | Judge Presiding. |
| Respondent. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY IN SUPPORT OF
<u>PETITION FOR WRIT OF HABEAS CORPUS</u>**

NOW COMES Petitioner Allan Kustok, by and through his attorneys, THE EXONERATION PROJECT at the University of Chicago Law School, and respectfully requests a one-week extension of time until June 28, 2022 to file his response in support of his Petition for Writ of Habeas Corpus. In support, Petitioner states as follows:

1. On May 19, 2022, after receiving an unopposed extension of time, Respondent filed a response to Petitioner's habeas petition. This Court ordered Petitioner to respond by June 20, 2022 (dkt. 17), which was extended to June 21, 2022 by Amended General Order 21-0007.

2. Petitioner's counsel has worked diligently on Petitioner's reply. However, counsel must respectfully request a brief one-week extension to complete the Reply.

3. This short extension of time is in the interests of justice, will prejudice neither side, and will be the only extension of time that Petitioner's counsel will request. Counsel has communicated with counsel for Respondent, who has indicated that Respondent does not oppose this motion.

WHEREFORE, for these reasons, Petitioner respectfully requests until June 28, 2022, to

2

file Petitioner's Reply.

                Respectfully submitted,

                 /s/ Karl Leonard

Karl Leonard
THE EXONERATION PROJECT
 at the University of Chicago Law School
311 N. Aberdeen Avenue, 3rd Floor
Chicago, IL 60607
(312) 243-5900 (tel)
(312) 243-5902 (fax)
karl@exonerationproject.org

## CERTIFICATE OF SERVICE

 I certify that on June 21, 2022, I caused the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois via the CM/ECF system, which will effect service on all counsel of record.

                 /s/ Karl Leonard