**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Allan Kustok
                        Plaintiff,

v.                                                 Case No.: 1:21–cv–06932
                                                         Honorable Matthew F. Kennelly

David Mitchell
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 22, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Petitioner's unopposed motion for extension of time [23] is granted; the deadline for petitioner's reply memorandum is extended to 6/28/2022. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.