# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| ALLAN KUSTOK | ) | |
| | ) | |
| Petitioner, | ) | No. 21 CV 6932 |
| | ) | |
| v. | ) | |
| | ) | The Honorable |
| DAVID MITCHELL, Warden, | ) | Matthew F. Kennelly, |
| | ) | Judge Presiding. |
| Respondent. | ) | |

## NOTICE OF APPEAL

Petitioner Allan Kustok appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment (dkt. nos. 28 and 29) entered on May 8, 2023 denying Petitioner's petition for a writ of habeas corpus, but issuing a certificate of appealability because "the issues relating to procedural default and the miscarriage of justice exception, as well as the merits of Kustok's underlying claim, are fairly debatable and capable of a different resolution." (Dkt. no 28 at 24).

DATED: June 2, 2023          Respectfully submitted,


　　/s/ Karl Leonard

Karl Leonard
THE EXONERATION PROJECT
　at the University of Chicago Law School
311 N. Aberdeen Avenue, 3rd Floor
Chicago, IL 60607
(312) 243-5900 (tel)
(312) 243-5902 (fax)
karl@exonerationproject.org

## **CERTIFICATE OF SERVICE**

      I certify that on June 2, 2023, I caused the foregoing Notice of Apepal to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois via the CM/ECF system, which will effect service on all counsel of record.

                                                                /s/ Karl Leonard